UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD THOMAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | Case No.: 7:23-cv-01426-VB<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/30/25 |

## STIPULATION *AND ORDER* OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant Colgate-Palmolive Company, being all the parties who have appeared in this action, file this Stipulation dismissing all of Plaintiff's claims against Defendant with prejudice and agree that each party shall bear the attorneys' fees, expenses, and costs incurred by that party.

Dated: September 29, 2025

Respectfully submitted,

SQUITIERI & FEARON, LLP

By: _____
Stephen J. Fearon, Jr.
Paul V. Sweeny
Squitieri & Fearon, LLP
205 Hudson Street, 7th Floor.
New York, New York 10013
Tel:   (212) 421-6492
Fax:   (212) 421-6553
Email: stephen@sfclasslaw.com
Email: paul@sfclasslaw.com

**ATTORNEYS FOR PLAINTIFF**

O'MELVENY & MYERS LLP

By: */s/ Hannah Yael Shay Chanoine*
Hannah Yael Shay Chanoine
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Tel: (212) 326-2128
Email: hchanoine@omm.com

**ATTORNEYS FOR DEFENDANT**

So Ordered:

*/s/ Vincent Briccetti*
USDJ
9/30/2025

2